No. 10–1257.  KAY ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 10–1266.  LEVY, INDEPENDENT EXECUTOR OF THE ESTATE OF LEVY, DECEASED *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–1282.  HOSSAINI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–1286.  ROGERS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–1292.  DANIEL CHAPTER ONE ET AL. *v.* FEDERAL TRADE COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 10–1294.  LUKE *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 10–1323.  UHS OF DELAWARE, INC. *v.* MASTERS, AKA JOHNSON.  C. A. 8th Cir.  Certiorari denied.

No. 10–8580.  SHAHIN *v.* STROSSER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–8641.  WILKINS *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 10–8744.  CARNEY *v.* CARNEY.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 10–8957.  GREENE *v.* ARNONE, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION.  App. Ct. Conn.  Certiorari denied.

No. 10–9069.  MONROE *v.* KRIPPEL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–9253.  EVANS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9352.  POST *v.* BRADSHAW, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–9474.  BEATY *v.* ARIZONA.  Super. Ct. Ariz., County of Maricopa.  Certiorari denied.